FRANS BRUNO, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

Reported below, 5 Misc. Rep. 327.
(Argued October 11, 1895; decided October 29, 1895.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made October 28, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Matthew Hale* for appellant.

*J. Edward Swanstrom* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., not sitting.

---

JOSEPH K. MURRAY, as Trustee, etc., Respondent, *v.* THE GREAT WESTERN INSURANCE COMPANY, Appellant.

Reported below, 72 Hun, 282.
(Argued October 14, 1895; decided October 29, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 16, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying defendant's motion for a new trial.

*Treadwell Cleveland* for appellant.

*George C. Holt* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.